ORIGINAL

FILED

08 JAN 16 AM 11:40

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _PDV_ DEPUTY

UNSEALED AS OF 1/16/08

~~ORDERED SEALED BY COURT~~

1  KAREN P. HEWITT
   United States Attorney
2  ANDREW G. SCHOPLER
   Assistant U.S. Attorney
3  California State Bar No. 236585
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5836 / (619) 235-2757 (Fax)
   Email: Andrew.Schopler@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8

                UNITED STATES DISTRICT COURT
9
              SOUTHERN DISTRICT OF CALIFORNIA

08 MJ 0132

10  UNITED STATES OF AMERICA,         )   Magistrate No. _____
11                                     )
         Plaintiff,                    )
12                                     )
    v.                                 )
13                                     )   MOTION AND ORDER TO FILE
                                       )   COMPLAINT UNDER SEAL AND
    LEE VAUGHN WALKER (1),             )   ORDER THEREON
14      aka "Lee Dog",                 )
    MELVIN ALEXANDER (2),              )
15  JOSE GALVAN RICO (3),              )
        aka "Mija",                    )
16  ELEODORO CASTILLO (4),             )
        aka "Onko",                    )
17  DAPHNE ROSALINDA JACKSON (5),      )
        aka Daphne R. Rae,             )
18  BERNAL ANTHONY MITCHELL (6),       )
        aka "Tony",                    )
19  ALLEN MATTHEW BAKER Jr. (7),       )
        aka "J.R.", aka Tracy Reyard Diggs, )
20      aka Marcus Johnson,            )
    MICHAEL DWAYNE TRYALS (8),         )
21      aka "Texas Mike", aka Michael Tryls, )
        aka Dave Brooks, aka Leon Howard )
22      Blair, aka Earl David Hollis,  )
    BOBBY SHAWN LOCKHART (9),          )
23      aka "Blue",                    )
    ALEXANDER WEIR IV (10),            )
24      aka "Brick",                   )
    ALEXANDER WEIR V (11),             )
25      aka "Lil' Brick",              )
    FELIPE MEDINA (12),                )
26  MELVIN ANDRE BIBBS (13),           )
    MARK EDWARD RUNNELS (14),          )
27      aka "Marky Mark",              )
                                       )
28       Defendants.                   )
    _____)

1  The United States, by and through its counsel, KAREN P. HEWITT, United States Attorney, and
2  ANDREW G. SCHOPLER, Assistant U.S. Attorney, respectfully applies to this Honorable Court for
3  an Order sealing the complaint in the above-captioned matter until further notice.
4  DATED: January 15, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ Andrew G. Schopler
ANDREW G. SCHOPLER
Assistant U.S. Attorney