# ORIGINAL



FILED

JAN 1 6 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1 KAREN P. HEWITT
  United States Attorney
2 ANDREW G. SCHOPLER
  Assistant U.S. Attorney
3 California State Bar No. 236585
  United States Attorney's Office
4 880 Front Street, Room 6293
  San Diego, California 92101-8893
5 Telephone: (619) 557-5836 / (619) 235-2757 (Fax)
  Email: Andrew.Schopler@usdoj.gov
6
  Attorneys for Plaintiff
7 United States of America

8

## UNITED STATES DISTRICT COURT

9

### SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate No. 08MJ0132 |
| Plaintiff, | |
| v. | **MOTION TO UNSEAL COMPLAINT AND ARREST WARRANTS AND ORDER THEREON** |
| LEE VAUGHN WALKER (1), aka "Lee Dog", | |
| MELVIN ALEXANDER (2), | |
| JOSE GALVAN RICO (3), aka "Mija", | |
| ELEODORO CASTILLO (4), aka "Onko", | |
| DAPHNE ROSALINDA JACKSON (5), aka Daphne R. Rae, | |
| BERNAL ANTHONY MITCHELL (6), aka "Tony", | |
| ALLEN MATTHEW BAKER Jr. (7), aka "J.R.", aka Tracy Reyard Diggs, aka Marcus Johnson, | |
| MICHAEL DWAYNE TRYALS (8), aka "Texas Mike", aka Michael Tryls, aka Dave Brooks, aka Leon Howard Blair, aka Earl David Hollis, | |
| BOBBY SHAWN LOCKHART (9), aka "Blue", | |
| ALEXANDER WEIR IV (10), aka "Brick", | |
| ALEXANDER WEIR V (11), aka "Lil' Brick", | |
| FELIPE MEDINA (12), | |
| MELVIN ANDRE BIBBS (13), | |
| MARK EDWARD RUNNELS (14), aka "Marky Mark", | |
| Defendants. | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1      COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

2  KAREN P. HEWITT, United States Attorney, and ANDREW G. SCHOPLER, Assistant U.S. Attorney,

3  and moves this Court for an order unsealing the complaint and arrest warrants previously filed in the

4  above-captioned matter on January 16, 2008, for the purpose of producing said documents as discovery

5  to defense counsels in the near future.

6      DATED: January 16, 2008.

7                                                Respectfully submitted,

8                                                KAREN P. HEWITT
                                                 United States Attorney
9

10

11

12                                               ANDREW G. SCHOPLER
                                                 Assistant U.S. Attorney
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28