**ORIGINAL**



FILED
JAN 16 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> LEE VAUGHN WALKER (1), ) <br>     aka "Lee Dog", ) <br> MELVIN ALEXANDER (2), ) <br> JOSE GALVAN RICO (3), ) <br>     aka "Mija", ) <br> ELEODORO CASTILLO (4), ) <br>     aka "Onko", ) <br> DAPHNE ROSALINDA JACKSON (5), ) <br>     aka Daphne R. Rae, ) <br> BERNAL ANTHONY MITCHELL (6), ) <br>     aka "Tony", ) <br> ALLEN MATTHEW BAKER Jr. (7), ) <br>     aka "J.R.", aka Tracy Reyard Diggs, ) <br>     aka Marcus Johnson, ) <br> MICHAEL DWAYNE TRYALS (8), ) <br>     aka "Texas Mike", aka Michael Tryls,) <br>     aka Dave Brooks, aka Leon Howard ) <br>     Blair, aka Earl David Hollis, ) <br> BOBBY SHAWN LOCKHART (9), ) <br>     aka "Blue", ) <br> ALEXANDER WEIR IV (10), ) <br>     aka "Brick", ) <br> ALEXANDER WEIR V (11), ) <br>     aka "Lil' Brick", ) <br> FELIPE MEDINA (12), ) <br> MELVIN ANDRE BIBBS (13), ) <br> MARK EDWARD RUNNELS (14), ) <br>     aka "Marky Mark", ) <br>     Defendants. ) | Magistrate No. 08MJ0132 <br><br> **ORDER UNSEALING COMPLAINT AND ARREST WARRANTS** |

    Upon application of the UNITED STATES OF AMERICA, based on the attached motion, and good cause appearing,

//

1     IT IS HEREBY ORDERED that the complaint and accompanying arrest warrants, previously
2 filed in the above-captioned matter on January 16, 2008, be unsealed.
3     IT IS SO ORDERED.
4     DATED: 1-16-08

                                  HONORABLE NITA L. STORMES
                                  United States Magistrate Judge